IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| CLEVAN MURRAY | : | CASE NO: 18-15939ELF |
| Debtors | : | |

**CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION AVOID JUDICIAL LIENS OF PORTFOLIO RECOVERY ASSOCIATES**

The Debtor, through counsel, hereby avers:

1. On September 8, 2018, Debtor filed the above-captioned motion (the "Motion").

2. On September 8, 2018, the Motion and Notice of Motion was served on the via first class mail upon the CEO of Portfolio Recovery Associates LLC ("PRA"), Kevin Stevenson.

3. Pursuant to Local Bankruptcy Rule 9014-3(k), any response to the Motion was due no later than September 27, 2018.

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 689-4809 (fax)