# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CLEVAN MURRAY | : | CASE NO: 18-15939ELF |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this 3rd day of October, 2018, upon consideration of the Debtor's Motion to Avoid Judicial Liens of Portfolio Recovery Associates, LLC ("PRA"), the response thereto if any, after notice and hearing;

IT IS ORDERED, that the judicial liens held by PRA, on Debtor's interest in real estate at 1448 McKinley St. Philadelphia, PA 19149, entered of record as:

PRA v. Murray, No. SC-14-06-30-6484 (Phila. Mun. Ct. 09/15/2014)

PRA v. Murray, No. SC-15-03-24-5398 (Phila. Mun. Ct. 06/05/2015)

PRA v. Murray, No. SC-15-05-08-3967 (Phila. Mun. Ct. 06/22/2015)

PRA v. Murray, No. SC-15-11-03-3271 (Phila. Mun. Ct. 12/21/2015)

are hereby AVOIDED.

This Order is subject to 11 U.S.C. § 349.

_____
Eric L. Frank
United States Bankruptcy Judge