United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-15939-elf
Clevan Murray                                                     Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Oct 03, 2018
                              Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
db             +Clevan Murray,    1448 McKinley St.,    Philadelphia, PA 19149-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:19:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2018 02:19:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:53     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Clevan  Murray alfonsomadridlawECF@gmail.com
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CLEVAN MURRAY | : | CASE NO: 18-15939ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

# **ORDER**

AND NOW, this   3rd   day of October ,2018, upon consideration of the Debtor's Motion to Avoid Judicial Liens of Portfolio Recovery Associates, LLC ("PRA"), the response thereto if any, after notice and hearing;

IT IS ORDERED, that the judicial liens held by PRA, on Debtor's interest in real estate at 1448 McKinley St. Philadelphia, PA 19149, entered of record as:

PRA v. Murray, No. SC-14-06-30-6484 (Phila. Mun. Ct. 09/15/2014)

PRA v. Murray, No. SC-15-03-24-5398 (Phila. Mun. Ct. 06/05/2015)

PRA v. Murray, No. SC-15-05-08-3967 (Phila. Mun. Ct. 06/22/2015)

PRA v. Murray, No. SC-15-11-03-3271 (Phila. Mun. Ct. 12/21/2015)

are hereby AVOIDED.

This Order is subject to 11 U.S.C. § 349.

_____
Eric L. Frank
United States Bankruptcy Judge